IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SWEETIE TYLER, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-16-0404 |
| | | (consolidated with |
| DEPT. OF VA MD HEALTHCARE SYSTEMS/VAMHCS | * | Civil No. JKB-16-1202) |
| Defendant | * | |
| | *** | |

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION TO DISMISS (ECF No. 11). The Plaintiff has responded (ECF No. 15) and the Defendant has replied (ECF No. 17). The Court has carefully reviewed these submissions as well as the entire record in this case.

The Plaintiff is *pro se*. She has attempted to raise a number of claims and issues before this Court in relation to her employment with the Veteran's Administration. At a previous point, she settled many of her claims with the VA, but now apparently seeks rescision of that settlement agreement. She also has new grievances. The Plaintiff's submissions are lengthy, disjointed, and difficult to follow. Nonetheless, the Court has labored to understand her arguments and given her papers a liberal construction.

After careful consideration of the Plaintiff's various contentions and the Defendant's responses, the Court finds and concludes, for the reasons set out in the Defendant's Memorandum of Law in Support of Its Motion to Dismiss (ECF No. 11-1) and its Reply (ECF No. 17), that the Amended Complaint (ECF No. 5) is infirm. The legal conclusions set out in the Defendant's submissions are correct. Accordingly, the Motion to Dismiss (ECF No. 11) is GRANTED. The Court expressly adopts the Defendant's legal reasoning as its own. The

Plaintiff's prior "request for a meeting" with the undersigned (ECF No. 18) which was construed as a request for a hearing on the Defendant's Motion to Dismiss, and which was previously ordered held in abeyance (ECF No. 19) is now DENIED for the reason that the Court concludes that a hearing would not assist it in reaching a just and lawful ruling on the pending motion.  The Clerk is instructed to CLOSE THIS CASE.

      Dated this 21st day of October, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge